**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CIN-Q AUTOMOBILES, INC. and MEDICAL**
**& CHIROPRACTIC CLINIC, INC., Florida**
**corporations, individually and as representatives**
**of a class of similarly-situated persons,**

      **Plaintiffs,**

**v.**                           **CASE NO.: 8:13-cv-01592-T-AEP**

**BUCCANEERS LIMITED PARTNERSHIP**
**and JOHN DOES 1-10,**

      **Defendants.**

_____/

**ORDER**

This cause comes before the Court on Defendant's Motion to Consolidate Related

Lawsuits ("Motion") (Dkt. No. 178) and Plaintiffs' response thereto (Dkt. No. 179).   Defendant

requests consolidation of *Accounting to You, Inc. v. Buccaneers Limited Partnership*, No. 8:13-

cv-02929-EAK-MAP.   The Court notes that the parties in both cases have previously consented

to the undersigned's jurisdiction.   To conserve judicial resources in these cases, the Court

concludes they should be consolidated with the above-styled action.   Accordingly, it is hereby

ORDERED:

1.   Defendant's Motion (Dkt. No. 178) is GRANTED.

2.   Case number 8:13-cv-02929-EAK-MAP is CONSOLIDATED into case number 8:13-
     cv-01592-T-AEP for the purposes of discovery and Plaintiff's class certification
     motion.

3.   The parties shall file all subsequent papers in lead case #8:13-cv-01592.

4.   The Clerk is directed to ADMINISTRATIVELY CLOSE the following case number:

8:13-cv-02929-EAK-MAP

DONE AND ORDERED in Tampa, Florida, on this 18th day of May, 2015.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record