**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ACCOUNTING TO YOU, INC., a Florida corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUCCANEERS LIMITED PARTNERSHIP, a Delaware corporation doing business in Florida,<br><br>Defendant. | Case No. 8:13-cv-2929<br>*consolidated with*<br>Case No. 8:13-cv-1592<br><br>Magistrate Judge Anthony E. Porcelli |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Accounting to You, Inc. hereby voluntarily dismisses its individual claims with prejudice and the class claims without prejudice.

Dated: July 2, 2015                              Respectfully Submitted,

                                                 ACCOUNTING TO YOU, INC., on behalf
                                                 of itself and all others similarly situated

                                                 By: _____
                                                      One of the Attorneys for Plaintiff
                                                      And the Putative Class

Joseph J. Siprut*
*jsiprut@siprut.com*
Gregg M. Barbakoff*
*gbarbakoff@siprut.com*
Ismael T. Salam**
isalam@siprut.com
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

*Admitted *pro hac vice*

**Pro hac vice* application forthcoming

James M. Thomas, Esq.
*JMThomas@JamesThomasEsq.com*
**LAW OFFICE OF JAMES M. THOMAS, ESQ.**
1581 Main Street
Dunedin, FL 34698
727.736.1900
Fax: 727.736.1991
FL Bar No. 0648590

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Voluntary Dismissal With Prejudice** was filed on this 2nd day of July, 2015, via the electronic filing system of the Middle District of Florida, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4834-7707-3957, v. 1